## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Charles Norwood
                              Plaintiff,

v.                                             Case No.: 1:13−cv−02590
                                                      Honorable Robert W. Gettleman

City Of Chicago, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18,2013:

      MINUTE entry before Honorable Michael T. Mason:The Court has been informed that the parties have reached an agreement to settle this matter. The 9/25/13 status hearing is stricken and re−set to 10/9/13 at 9:00 a.m. If the parties file their Joint S tipulation of Dismissal by 10/7/13, no appearance will be necessary on 10/9/13. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.