IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 13 C 2590 |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
John C. Benson
Attorney for Plaintiff, Charles Norwood
4111 South Richmond
Chicago, Illinois 60632
(312) 399-5419
Attorney No. 6202483
DATE: 10/21/13

_____
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 10/24/13

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
George J. Yamin, Jr.
Senior Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 6217483
DATE: 10-24-13

_____
Anthony L. Schumann
Attorney for Defendant, Nelson Stewart
Grant L. Schumann, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111
Attorney No. 6189233
DATE: 10/24/13