# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES NORWOOD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 13 C 2590 |
| CITY OF CHICAGO, et al. | ) ) | Judge Gettleman |
| Defendants. | ) ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Charles Norwood, by his attorney, John C. Benson; Defendant, Nelson Stewart, by his attorney, Anthony L. Schumann, and Defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Charles Norwood, against Defendants, City of Chicago and Nelson Stewart, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:_____
The Honorable Robert W. Gettleman
United States District Judge
DATED: November 13, 2013

George J. Yamin, Jr.
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602